MARIAN S. HONEYMAN, Appellant, *v.* HERBERT G. HANAN, as Executor of HERBERT W. HANAN, Deceased, Respondent.

Submitted October 11, 1937; decided October 19, 1937.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: "A question under the Federal Constitution was duly presented and necessarily passed upon by this court. The plaintiff contended that chapter 794 of the Laws of the State of New York, enacted in 1933, as amended (§§ 1083-a and 1083-b of the Civil Practice Act), impairs the obligations of contracts, and thus violates article 1, section 10, of the Constitution of the United States. This court held that such laws do not violate said provision of article 1, section 10, of the Constitution of the United States." (See 275 N. Y. 382.)